Central District of California

| | |
|---|---|
| UNITED STATES OF AMERICA vs. | Docket No. CR98-278-LGB |
| Defendant JOE DAVIS TWILLEY | Social Security No. 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 |
| akas: Joe David Twilley | Mailing Address: MDC |
| & Residence 3041 Waverly Dr. | 535 N. Alameda St. |
| Address Los Angeles, CA 90039 | Los Angeles, CA 90012 |

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the Government, the defendant appeared in person, on this date: __May 3, 1999__
COUNSEL: __XX__ WITH COUNSEL __John Martin, Appt.__
PLEA: __XX__ GUILTY, and the Court being satisfied that there is a factual basis for the plea. ___ NOLO CONTENDERE ___ NOT GUILTY
FINDING: There being a FINDING of GUILTY, defendant is convicted as charged of the offense(s) of: Possession With Intent to Distribute Cocaine in violation of 21 USC 841(a)(1), as charged in the One-Count Indictment.

JUDGMENT AND PROBATION/COMMITMENT ORDER:
The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed to the Bureau of Prisons to be imprisoned for a term of: one hundred ninety-five (195) months.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of five (5) years, under the following terms and conditions: 1) the defendant shall comply with the rules and regulations of the U.S. Probation Office and General Order 318; 2) the defendant shall participate in outpatient substance abuse treatment and submit to drug and alcohol testing, as instructed by the Probation Officer; the defendant shall abstain from using illicit drugs and alcohol, and abusing prescription medications during the period of supervision; and 3) if the amount of any mandatory assessment, restitution or fine imposed by this judgment remains unpaid at the commencement of the term of community supervision, the defendant shall pay such remainder as directed by the Probation Officer.

Pursuant to Section 5E1.2(e) of the Guidelines, all fines are waived, including the costs of imprisonment and supervision, as it is found that the defendant does not have the ability to pay.

It is further ordered that the defendant shall pay to the United States a special assessment of $100.00.

The Court notifies the defendant of his right to appeal.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed. the Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

Signed by: District Judge _/s/ Lourdes G. Baird_
LOURDES G. BAIRD,
U.S. DISTRICT COURT JUDGE

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Sherri R. Carter, Clerk

Dated/Filed __MAY 0 6 1999__     By _/s/_
K. J. Kirksey, Deputy Clerk

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this Judgment:

1. The defendant shall not commit another Federal, state or local crime;
2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;
3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5. the defendant shall support his or her dependents and meet other family responsibilities;
6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7. the defendant shall notify the probation officer within 72 hours of any change in residence or employment;
8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;
10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;
15. the defendant shall not possess a firearm or other dangerous weapon;
16. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours

These conditions are in addition to any other conditions imposed by this Judgment.

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____, the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

UNITED STATES MARSHAL

DATED: _____   BY: _____

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT

DATED: _____   BY: _____

AO-245-A (01/90)   JUDGMENT AND PROBATION/COMMITMENT ORDER

Defendant: Swilley
Case Number:

Judgment—Page ___ of ___

FILED
CLERK, U.S. ___
MAY - 6 99
CENTRAL D___

## STATEMENT OF REASONS

☐ The court adopts the factual findings and guideline application in the presentence report.

OR

☒ The court adopts the factual findings and guideline application in the presentence report except (see attachment, if necessary): *Cr. Hist. III under represents the seriousness of D's Crim. History, category IV more accurately reflects it.*

**Guideline Range Determined by the Court:**

Total Offense Level: __32__

Criminal History Category: __IV__

Imprisonment Range: __168__ to __210__ months

Supervised Release Range: ___ to ___ years

Fine Range: $ _____ to $ _____

☐ Fine is waived or is below the guideline range, because of the defendant's inability to pay.

Restitution: $ _____

☐ Full restitution is not ordered for the following reason(s):

☒ The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by application of the guidelines.

OR

☐ The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reason(s):

OR

The sentence departs from the guideline range

☐ upon motion of the government, as a result of defendant's substantial assistance.

☐ for the following reason(s):