JUDGMENT
==========================================================

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT



- - - - - - - - - - - - - -

NO. 99-50338
CT/AG#: CR-98--00278-LGB

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JOE DAVIS TWILLEY

    Defendant - Appellant

- - - - - - - - - - - - - - - - - - - -

APPEAL FROM the United States District Court for the Central District of California, Los Angeles.

THIS CAUSE came on to be heard on the Transcript of the Record from the United States District Court for the Central District of California, Los Angeles and was duly submitted.

ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is REVERSED.

Filed and entered August 14, 2000



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

OCT 23 2000

by: Wayne _____
Deputy Clerk